

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2021

No. 04-21-00372-CV

**EAGLE ROCK TIMBER**, Inc.,
Appellant

v.

**WHEAT CRAFT**, Inc., Solid Rock Crushing, LLC, and Rock Hard Rental, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before January 12, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court